IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| LATASHA THOMAS,<br>Plaintiff | ) ) ) | CIVIL ACTION NO.<br>05-0733 |
| vs. | ) ) ) | JUDGE DOHERTY |
| JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration<br>Defendant | ) ) ) ) | MAGISTRATE JUDGE HILL |

## JUDGMENT

After consideration of Defendant's Unopposed Motion to Remand and Memorandum Brief, the Court finds that the Motion is well-taken and Should be granted. Therefore, the Court,

**ORDERS, ADJUDGES AND DECREES** that the above-captioned matter be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings. Specifically, this case will be remanded in order to allow the ALJ to further consider whether Plaintiff's diabetes mellitus meets or equals the requirements of Listing 9.08B of the regulations. In evaluating Plaintiff's impairments under Listing 9.08, the ALJ will give special consideration to Plaintiff's hospitalizations for ketoacidosis and determine whether the appropriate blood chemical tests were included in the record. If needed, the ALJ will recontact the medical sources to obtain such evidence. If the ALJ finds that the requirements of Listing 9.08 are not met, and if the ALJ continues to the fifth step of the sequential evaluation, the ALJ will obtain vocational expert testimony to determine whether Plaintiff retains the ability to perform other work in the national economy.

Lafayette, Louisiana, May 5, 2006

UNITED STATES DISTRICT JUDGE